OCTOBER 3, 1996

No. 95–1441. BLESSING, DIRECTOR, ARIZONA DEPARTMENT OF ECONOMIC SECURITY v. FREESTONE ET AL., ON BEHALF OF THEIR MINOR CHILDREN. C. A. 9th Cir. [Certiorari granted, 517 U. S. 1186.] Motion of respondents to consider remanding this case or dismissing certiorari as improvidently granted in light of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 denied.

No. 96–6220 (A–245). IN RE BELL. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. Petition for extraordinary writ pursuant to this Court's Rule 20.3 denied. Petition for appropriate writ pursuant to 28 U. S. C. § 1651(a) denied.